# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:                                                         Bk. No. 20–10290–BAH
                                                               Chapter 7
Ashleigh Sullivan
    Debtor

## NOTICE REGARDING REAFFIRMATION AGREEMENT

On June 12, 2020, a reaffirmation agreement between the debtor and creditor Service Credit Union was filed (Doc. No. 38) (the "Reaffirmation Agreement"). Upon review of the Reaffirmation Agreement and in accordance with 11 U.S.C. § 524(d), no hearing is required and no order approving or disapproving the Reaffirmation Agreement is necessary because:

☐  The Reaffirmation Agreement relates to a consumer debt secured by real property. 11 U.S.C. § 524(c)(6)(B).

☑  The Reaffirmation Agreement is signed by an attorney who represented the debtor during the course of negotiating the Reaffirmation Agreement and indicated the Reaffirmation Agreement does not impose an undue hardship. 11 U.S.C. § 524(c)(3).

☐  The Reaffirmation Agreement is for the assumption of a lease of personal property. 11 U.S.C. § 365(p)(2).

Date: June 15, 2020                                            Bonnie L. McAlary
                                                               Clerk of Court
                                                               By: /s/ James Lavalley
                                                               Deputy Clerk

Form reafntc–829