**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**In re:**

| | |
|---|---|
| **Ashleigh Sullivan,** | **Chapter 7** |
| **Debtor** | **Case No. 20-10290-BAH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE**
**PURSUANT TO FED. R. BANKR. P. 9019**

Upon the Chapter 7 Trustee's Motion to Approve Compromise Pursuant to Fed. R. Bankr. P. 9019, it is hereby ordered, adjudged and decreed that:

A.  The Motion is Granted; and

B.  The Trustee is authorized to compromise the Estate's claim filed in the Harbor Heights, Inc. chapter 7 bankruptcy case pending in the District of Maine at $85,000.

SO ORDERED

Date: September 02, 2020

/s/ Bruce A. Harwood

Bruce A. Harwood
Chief Bankruptcy Judge