UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

**ASHLEIGH SULLIVAN**

Debtor

Chapter 7

Case No. 20-10290

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Creditor, **Housecall Pro**, address should be changed from 9868 Scranton Road, Suite 3000 San Diego, CA 92121-1791 to 9808 Scranton Road, Suite 3000, San Diego, CA 92121.

Dated:  November 6, 2020          Ashleigh Sullivan

By:*/s/ Jennifer G. Hayden*
Jennifer G. Hayden, Esq.
Attorney for Debtors
Molleur Law Office
190 Main St., 3rd Floor
Saco, ME  04072
207-283-3777
jen@molleurlaw.com