# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

*******************************

In re:
      Ashleigh Sullivan,                                  Chapter 7
                Debtor                            Case No. 20-10290-BAH

*******************************

## ORDER

Upon the Chapter 7 Trustee's *Motion to Approve Agreement with the Debtor Pursuant to Fed. R. Bankr. P. 9019*, it is hereby ordered, adjudged and decreed that:

A. The Motion is Granted; and

B. The Trustee is authorized to enter into the Settlement Agreement appended as Exhibit A to the Motion.

SO ORDERED

Date: May 05, 2021

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief Bankruptcy Judge